```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   CESARIO CARRILLO-SANCHEZ
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S. 11-0405 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL SENTENCING |
| | ) MEMORANDUM AND DECLARATION OF |
| CESARIO CARRILLO-SANCHEZ, | ) BENJAMIN GALLOWAY |
| Defendant. | ) |
| | ) Judge: KIMBERLY J. MUELLER |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that the documents and the Request be filed under seal, permitting Assistant United States Attorney Michael Beckwith and Probation Officer Casey Horner have access to these documents unless otherwise ordered by this Court at a later time.

Dated: May 10, 2012.

_____
UNITED STATES DISTRICT JUDGE