CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Francisco Carrillo-Sanchez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.: 11-405 KJM |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | Date: May 16, 2012<br>Time: 9:00 a.m. |
| FRANCISCO CARRILLO-SANCHEZ, | Judge: Hon. Kimberly J. Mueller |
| Defendant. | |

IT IS HEREBY ORDERED that the Defendant's Request for Order to Seal be granted and that the documents and the Request be filed under seal, permitting Assistant United States Attorney Michael Beckwith and United States Probation Officer Casey Horner access to these documents unless otherwise ordered by this court at a later time.

DATED: May 15, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 1 -